UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CALEB WILLIAM STANLEY MAXHAM, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:16-cv-00030-JAW |
| CORRECT CARE SOLUTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed February 23, 2016 (ECF No. 10), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED without prejudice as to defendants Correct Care Solutions and the Southern Maine Medical Center. Service is hereby ORDERED as to defendant Landry.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2016