UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CALEB WILLIAM STANLEY MAXHAM, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:16-cv-00030-JAW |
| CORRECT CARE SOLUTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 28, 2016 (ECF No. 16), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Landry's Motion for Summary Judgment (ECF No. 14) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2016